# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOSEPH MCCARTY,

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

    Defendant.

Case No. 8:16-cv-01078-MSS-AAS

## NOTICE OF PENDING SETTLEMENT

    Defendant, Navient Solutions, LLC, formerly known as Navient Solutions, Inc., by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 7, 2017

    Respectfully submitted,

/s/ Rachel A. Morris
Rachel A. Morris, Esq.
Florida Bar No.: 091498
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida  33618
Telephone: (813) 890-2469
Facsimile: (866) 466-3140
ramorris@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Navient Solutions, LLC*

### CERTIFICATE OF SERVICE

I certify that on this 7th day of March 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Octavio Gomez, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL  33602

/s/ Rachel A. Morris
Attorney